211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No: 17-48723-mar
Chapter 15

In Re: **Solarworld Industries Sachsen GmbH**
111 A Bethelsdorfer Strasse
Freiberg
Federal Rupublic Of Germany 09599

## NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF A FOREIGN PROCEEDING PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on June 9, 2017, Max J. Newman of Butzel Long as attorney to Mr. Holger Reetz, the German Court appointed Foreign Representative of Solarworld Industries Sachsen GmbH's pending insolvency proceeding, filed a Chapter 15 Petition in the United States Bankruptcy Court for the Eastern District of Michigan *under Chapter 15 of Title 11 of the United States Code* seeking recognition of a foreign main proceeding.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for *July 10, 2017, at 11:00 a.m.* **(EDT)** before the Honorable Mark A. Randon in Courtroom 1825, 211 West Fort Street, Detroit, Michigan, to consider the Chapter 15 Petition and any objections or responses thereto **("Recognition Hearing").**

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Chapter 15 Petition must be made in writing describing the basis therefore and filed with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with Local Rules of the Bankruptcy Court, and served upon Max J. Newman, Butzel Long, Stoneridge West, 41000 Woodward Avenue, Bloomfield Hills, MI 48304. Such objections or responses must be received no later than *July 6, 2017, at 5:00 p.m.* **(EDT).**

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the recognition without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing, at the adjourned date or dates, or any other further adjourned hearing.

Copies of the Chapter 15 Petition are presently available on the Bankruptcy Court's Electronic Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.mieb.uscourts.gov (a PACER login and a password are required to retrieve a document), and/or upon written request to the Foreign Representative's counsel addressed to:

Max J. Newman
Butzel Long
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304

Date: June 13, 2017

Katherine B. Gullo, Clerk of Court
UNITED STATES BANKRUPTCY COURT