# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Solarworld Industries Sachsen GmbH          **Case No.:** 17-48723

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

**Amendment to Petition:**
  ❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
  ❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)
❏ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❏ **Statement of Financial Affairs**
☒ **Schedules and List of Creditors:**
  ❏ Schedule A/B
  ❏ Schedule C ❏ Debtor 2 Schedule C
  ❏ List of Creditors ❏ Schedule D ❏ Schedule E/F and
      ❏ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
      ☒ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ❏ Schedule G
  ❏ Schedule H
  ❏ Schedule I
  ❏ Schedule J
  ❏ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): _____

_____

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
|---|---|---|
| Date | 07/27/2017 | Signature /s/ Max J. Newman |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| Date | 07/27/2017 | Signature /s/ Max J. Newman |
| Date | | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**
SEE ATTACHED

**PLEASE CHANGE TO:**

_____     _____
_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**

_____     _____
_____     _____
_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**

_____     _____
_____     _____
_____     _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
_____

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
_____

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
_____

*__FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.__*

July 20, 2017

From: United States Bankruptcy Court, Eastern District of Michigan

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Solarworld Industries Sachsen GmbH, Case Number 17-48723, mar

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**2**
**211 West Fort Street**
**Detroit, MI 48226**

---

Undeliverable Address:
1&1 Internet AG
Elgendorfer Str. 57
Montabaur 56410

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 1 & 1 Internet AG, Elgendorfer Str. 57, 56410 Montabaur, Germany

---

Undeliverable Address:
15

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

_____

Undeliverable Address:
2
999999999/0400/2409443-v1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

_____

Undeliverable Address:
3M Deutschland GmbH
Carl-Schurz-Str. 1
Neuss 41453

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
 Carl-Schurz-StraBe 1, 41460 Neuss, Germany
_____

_____

Undeliverable Address:
999999999/0400/2409443-v1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

_____

Undeliverable Address:
999999999/0400/2409443-v1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

---

---

Undeliverable Address:
ABB Automation GmbH
Gr?ner Weg 6
Friedberg 61169

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 ABB Automation GmbH, Grüner Weg 6, Friedberg 61169, Hassen, Germany

---

Undeliverable Address:
AEB GmbH
Julius-Hlder-Strae 39
Stuttgart 70597

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 AEB GmbH, Sigmaringer Straße 109, 70567 Stuttgart, Germany

---

Undeliverable Address:
ASAS Aluminyum Sanayi e Ticaret
R?zgarlibahce, Asas Is Merkezi
Kavacik-Beykoz/Istanbul 34810

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 ASAS Aluminum Industry and Trade Inc. Rüzgarlı Bahçe Mah., Kumlu Sok. No.2
 Asaş Business Center, 34810, Kavacik, Beykoz - Istanbul, Turkey

Undeliverable Address:
Alexander Elsmann (Anleihevertreter)
Grafenberger Allee 120
D?sseldorf 40237

Reason Undeliverable: INCOMPLETE ADDRESS

3

THE UPDATED ADDRESS IS:

 Alexander Elsmann (Anleihevertreter), Grafenberger Allee 120, D-40237 Dusseldorf

---

Undeliverable Address:
Almatec Maschinenbau GmbH
Carl-Friedrich-Gauss-Strae 5
Kamp-Lintfort 47475

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Almatec Maschinenbau GmbH, Carl-Friedrich-Gauß-Strasse 5
47475 Kamp-Lintfort, Germany

---

Undeliverable Address:
Asahi Diamond Industrial Co., Ltd.
The New Otani Garden Court
Tokyo 102-0094

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Asahi Diamond Industrial Co., Ltd, The New Otani Garden Court 4-1, Kioi-cho, Chiyoda-ku, Tokyo
 102-0094, Japan

---

Undeliverable Address:
Atlas Copco Kompressoren
Langemarckstrae 35
Essen 45141

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Atlas Copco Kompressoren, Langemarckstr. 35, D-45141 Essen

---

Undeliverable Address:
B&R Indstrie-Elektronik GmbH
Norsk-Data-Str. 3
Bad Homburg 61352

Reason Undeliverable: INCOMPLETE ADDRESS

4

THE UPDATED ADDRESS IS:

 B&R Industrie-Elektronik GmbH, Norsk-Data-Straße 361352, Bad Homburg, Germany

---

Undeliverable Address:
BAV.brandschutz & sicherheit GmbH
Nach der Schiffsm?hle 11
Radebeul 01445

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 BAV.brandschutz & sicherheit GmbH, Tännichtweg 35, 01445 Radebeul, Sachsen

---

Undeliverable Address:
Balluff GmbH
Schurwaldstrae 9
Neuhausen auf den Filo 73765

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Balluff GmbH, Schurwaldstraße 9, 73765 Neuhausen a.d.F

---

Undeliverable Address:
Bechtle GmbH & Co. KG
Neefestrae 78
Chemnitz 09119

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Bechtle GmbH & Co. KG, Martin-Luther-King-Weg 4, 48155 Münster, Germany

---

Undeliverable Address:
Bilfinger Industrietechnik
Bergerbruhofstrae 31
Salzburg 5020

Reason Undeliverable: INCOMPLETE ADDRESS

5

THE UPDATED ADDRESS IS:

Bilfinger Industrietechnik Salzburg GmbH

A-5412 Puch / Salzburg, Urstein Nord 31

Undeliverable Address:
Bluhm Systeme GmbH
Maarweg 33
Rheinbreitbach 53619

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Bluhm Systeme GmbH, Maarweg 33, 53619 Rheinbreitbach, Germany

Undeliverable Address:
Br GmbH Schweinitz
Drfchen 16
Jessen 06917

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Br GmbH Schweinitz, Dörfchen 17, 06917 Jessen (Elster), Germany

Undeliverable Address:
Brammer GmbH
Zwickauer Strae 223a
Chemnitz 09116

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Brammer GmbH, Ohiostraße 11, 76149 Karlsruhe

Undeliverable Address:
Brhmig Fluidautomation GmbH
Robert-Bosch-Str. 10
Radeberg 01454

Reason Undeliverable: INCOMPLETE ADDRESS

6

THE UPDATED ADDRESS IS:

Brahmig GmbH,        Robert-Bosch-Str. 10, 1454 Radeberg

_____

Undeliverable Address:
Changzhou Sveck Pv New Material
No. 53, Danfeng Road
Jintan City, Changzhou 213200

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Changzhou Sveck Pv New Material,  NO.53, Danfeng Rord ,Jintan city,Changzhou,Jiangsu
Province,China

_____

Undeliverable Address:
David M?nster und Gabor Khler
Kurt-Frlich-Strae 15
Dresden 01219

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

David Münster and Gabor Köhler Münster, Kurt-Frölich-Str. 15 , 01219 Dresden

_____

Undeliverable Address:
Debt Invest GmbH
Schloss Marienfels
Remagen 53424

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

DIG Debt Invest GmbH, Schloß Marienfels Remagen, Rheinland-Pfalz, 53424 Germany

_____

Undeliverable Address:
Ducatt NV
Industriezone Balendijk 1050
Lommel 3920

Reason Undeliverable: INCOMPLETE ADDRESS

7

THE UPDATED ADDRESS IS:

 Ducatt, Industriezone Balendijk 1050, Balendijk 161, 3920 Lommel, Belgium

---

Undeliverable Address:
Dynatec GmbH
F.-O. Schimmelstrae 14
Chemnitz 09120

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Dynatec GmbH, Adam-Opel-Straße 4, D-38112 Braunschweig

---

Undeliverable Address:
EFA Chemie GmbH
Kreuzherrenstr. 11-19
L?gde 32676

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 EFA Chemie GmbH, Kreuzherrenstrasse 11-19, 32676 Lügde, Germany

---

Undeliverable Address:
EKF Automation GmbH
Dresdner Strae 172
Freital 01795

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 EKF Automation GmbH, Dresdner Str. 172, 01705 Freital, Deutschland

---

Undeliverable Address:
Eder
Falkowo 66 A
Falkowo 62-262

Reason Undeliverable: INCOMPLETE ADDRESS

8

THE UPDATED ADDRESS IS:

 EDER, Falkowo 66 A, 62-262 Falkowo
_____

Undeliverable Address:
Elkem Solar AS/Elkem AS Silicon
Fiskaaveien 100
Kristiansand 4621

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Elkem Solar AS, Drammensveien 169, PO Box 334 Skøyen, 0213 Oslo, NORWAY
_____

Undeliverable Address:
Emons Spedition GmbH
Bei den Froschckern 12
Erfurt 99098

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Emmons Spedition GmbH, Peutestraße 78, 20539 Hamburg, Germany
_____

Undeliverable Address:
Endress + Hauser Messtechnik
Colmarer Str. 6
Weil am Rhein 79576

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Endress + Hauser Messtechnik GmbH + Co. KG, Colmarer Straße 6
 79576 Weil am Rhein, Germany
_____

Undeliverable Address:
EnviroFALK GmbH
Gutenbergstrae 7
Westerburg 56457

Reason Undeliverable: INCOMPLETE ADDRESS

9

THE UPDATED ADDRESS IS:

EnviroFALK GmbH, Prozesswasser-Technik, Gutenbergstraße 7
56457 Westerburg, Germany

Undeliverable Address:
FedEx
Langer Kornweg 34K
Kelsterbach 65451

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Federal Express Europe, Inc., Deutsche Niederlassung
Langer Kornweg 34 k, 65451 Kelsterbach

Undeliverable Address:
G&P GmbH & Co KG
Anleihevertreter
Theatiner Str. 36
M?nchen 80333

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

G & P GmbH & Co. KG, Theatinerstr. 36, D-80333 Munich

Undeliverable Address:
GIGA Solar Materials Corp.
1 st F, No. 3, Kung-Yeh 1 st Rd.
Hsinchu 30351

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Giga Solar Materials Corp, 1F, No.3, Gongye 1st Rd, Hukou Township,
Hsinchu County 30351, Taiwan

Undeliverable Address:
GLS Germany Neuenstein
GLS Germany-Strae 1-7
Neuenstein 36286

10

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 General Logistics Systems, Germany GmbH & Co. OHG
 GLS Germany-Straße 1 - 7, DE-36286 Neuenstein


Undeliverable Address:
Gebr. Schmid GmbH
Robert-Bosch-Strae 32-36
Freudenstadt 72250

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Gebr. SCHMID GmbH, Robert-Bosch-Str. 32-36, 72250 Freudenstadt; Germany


Undeliverable Address:
Guangzhou Ruxing Technology
768 Shenzhou Road
Guangzhou 510663

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Guangzhou Ruxing Technology, 16 Ruifa Road,Luogang District, Guangzhou, China


Undeliverable Address:
HEPA Zweigniederlassung der
Herbertstrae 2
Chemnitz 09119

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 HEPA Zweigniederlassung der, Herbertstraße 2
 09119 Chemnitz


Undeliverable Address:
Hagemeyer Deutschland
Dammweg 15
Radeberg 01454

11

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Deutschland GmbH Co. KG, Landsberger Straße 312, 80687 München

---

Undeliverable Address:
Hans Reinhold & Sohn
Mittelweg 10
Thermalbad Wiesenbach 09488

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hans Reinhold & Sohn, Fachgroßhandel
 Reinhold u. Sohn, Mittelweg 10, 09488 Thermalbad-Wiesenbad, OT Schönfeld

Undeliverable Address:
Hanwha Corporation
1 Changkyo-Dong,k Choong-Ku
Seoul 100-760

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hanwha Corporation, 1 Changkyo Dong Chung Ku, Seoul Korea

---

Undeliverable Address:
Hauptzollamt Erfurt
Melchior-Bauer-Str. 5
Erfurt 99092

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hauptzollamt Erfurt, Am Tannenwäldchen 50, 99096 Erfurt

---

Undeliverable Address:
Hermann Otto GmbH & Co KG
Krankenhausstraue 14
Fridolfing 83413

999999999/0400/2420490.v2

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hermann Otto GmbH, Krankenhausstr. 14, 83413 Fridolfing, GERMANY

---

Undeliverable Address:
Hermos Systems GmbH
Hamburger Str. 65
Dresden 01157

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 HERMOS Systems GmbH, Hamburger Straße 65, D-01157 Dresden

---

Undeliverable Address:
Hitachi High-Technologies
24-14, Nishi-Shimbashi 1-chome
Tokyo 105-8717

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hitachi High-Technologies, 24-14, Nishi-Shimbashi 1-chome, Minato-ku, Tokyo, 105-8717, Japan

---

Undeliverable Address:
Hoffman N?rnberg GmbH
Franz-Hoffman-Str. 3
N?rnberg 90431

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Hoffman Nuremberg GmbH, Franz-Hoffmann-Straße 3
 D-90431 Nuremberg

---

Undeliverable Address:
Hrtel & Shne

Ernst-Gener-Strae 12
Lnitz 08294

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

_____


Undeliverable Address:
I.K. Hofmann GmbH
Lina-Ammon-Strae 19
N?rnberg 90471

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 IK Hofmann GmbH, Lina-Ammon-Str. 19, 90471 Nuremberg, Germany

_____


Undeliverable Address:
IME Institut f?r Management
Sunderweg 4
Bielefeld 33649

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

ime Institut für Management-Entwicklung
Sunderweg 4, 33649 Bielefeld


Undeliverable Address:
Iljin Diamond Co., Ltd.
690, Seonggok-Dong, Danwon-Gu
Ansan-Si, Gyeongg 369-824

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Iljin Diamond Co., Ltd., Mapo-dong 45, Mapo-gu, Seoul, Korea

_____


Undeliverable Address:

14

JP Morgan Securities Plc
23 Bank Street, Canary Whart
London E14 5JP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 JP Morgan Securities PLC, 25 Bank Street, Canary Wharf, London, E14 5JP, UK

---

Undeliverable Address:
JP Morgan Securities Plc
24 Bank Street, Canary Wharf
London E14 5JP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 JP Morgan Securities PLC, 25 Bank Street, Canary Wharf, London, E14 5JP, UK

---

Undeliverable Address:
JPMorgan Chase Bank, N.A.
EMEA Secondary
25 Bank Street, Canary Wharf
London E14 5JP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 JP Morgan Chase Bank, 25 Bank Street, Canary Wharf, London, E14 5JP, UK

---

Undeliverable Address:
K?hne + Nagel (AG & Co.) KG
Beim Schroederschen Hof 7
Hamburg 21109

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Kuhne & Nagel AG & Co. KG, Beim Schröderschen Hof 7, 21109 Hamburg, Germany

---

15

Undeliverable Address:
Knorr Prazisionsteile GmbH
Industriering 15
Dippoldiswalde-Reinhold 01744

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

KNORR Precision Parts GmbH, Industriering 15 (industrial estate), 01744 Dippoldiswalde-Reinholdshain

Undeliverable Address:
Kundert AG
Buechstrasse 33
Jona 8645

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

KUNDERT AG, Buechstrasse 33, CH-8645 Jona

Undeliverable Address:
Liaoning ZhongWang
8-1 Hongwei Road, Liaoning Pro
Liao Yang City 111003

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Liaoning ZhongWang, No. 299, Wensheng RoadLiaoyang City, Liaoning, 111003, China

Undeliverable Address:
Louis Steitz Secura
Vorstadt 40
Kirchheimbolanden 67284

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Louis Steitz Secura GmbH & Co KG, Vorstadt 40
Kirchheimbolanden, D-67292 Germany

Undeliverable Address:
Lufthansa AirPlus Servicekarten
Dornhofstrae 10
Neu-Isenburg 63263

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Lufthansa AirPlus Servicekarten GmbH, Dornhofstraße 10, 63263 Neu-Isenburg, Germany

---

Undeliverable Address:
MB Stahltechnik GmbH
Roland-Dorschner-Str. 4
Selb 95100

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

MB Stahltechnik GmbH, Roland-dorschner-str. 4
Selb, 95100, Germany

---

Undeliverable Address:
MEWA Textil-Service AG & Co.
Damaschkeweg 2
Jena 07745

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

MEWA Textil-Service AG & Co., Damaschkeweg 2, 07745 Jena, Germany

---

Undeliverable Address:
MISUMI Europa GmbH
Katharina-Paulus-Str. 6
Schwalbach 65824

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

MISUMI Eropa GmbH, Katharina-Paulus-Straße 6, 65824 Schwalbach am Taunus, Germany

17

Undeliverable Address:
Merrill Lynch International
2 King Edward Street
London EC1A 1HQ

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Merrill Lynch International, 2 King Edward St, London EC1A 1HQ, UK

---

Undeliverable Address:
Meyer Burger Technology AG
Schorenstrasse 39
Gwatt (Thun) 3645

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Meyer Burger Technology AG, Schorenstrasse 39
 CH 3645 Gwatt (Thun)

---

Undeliverable Address:
Monocrystal PLC
Prospect Kulakova, 4/1.355035
Stavropol 355035

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Monocrystal, 4/1 Kulakov pr., 355035, Stavropol, Russia

---

Undeliverable Address:
Mrose GmbH
Heinrich-Werner-Str. 8
Forst 03141

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Heinrich-Werner-Straße 8, 03149 Forst (Lausitz), Germany

Undeliverable Address:
OPENCOM GmbH
Seiferstatterstr 10
Purgen 86932

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

OPENCOM GmbH, Seiferstetter Str. 10, 86932 Pürgen, Germany

Undeliverable Address:
Overlack GmbH
Gutberleststr. 17
Leipzig 04316

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Overlack Gmbh, Gutberletstraße 17, 04316 Leipzig, Germany

Undeliverable Address:
PTFE Competence Center GmbH
Gewerbering 3
Seerhausen 01594

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PTFE Competence Center GmbH
Gewerbering 3, 01594 Stauchitz OT Seerhausen, Germany

Undeliverable Address:
PVF-Vertriebs GmbH
Oskar-von-Miller-Ring 24
Neufinsing 85464

Reason Undeliverable: INCOMPLETE ADDRESS

19

THE UPDATED ADDRESS IS:
PVF-Vertriebs GmbH, Oskar-von-Miller-Ring 24, 85464 Finsing, Germany

---

Undeliverable Address:
Pasan SA
Rue Jaquet-Droz 8
Neuchatel 97770

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
rue Jaquet-Droz 8, 2000 Neuchatel, Switzerland

---

Undeliverable Address:
Paul & Co GmbH & Co KG
Wildflecken 97770

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Sudetenstrasse 10, 97772 Wildflecken, Germany

---

Undeliverable Address:
Piel GmbH
Bodenbacher Str. 81
Dresden 01277

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Bodenbacher StraBe 81, 01277 Dresden, Germany

---

Undeliverable Address:
Pitney Bowes Deutschland GmbH
Poststrae 4-6
Darmstadt 64293

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PoststraBe 4-6, 64293 Darmstadt, Germany

Undeliverable Address:
Pmitech Ltd.
Area C, Sanshui Industrial Park
Foshan City 528137

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
No.21, Qili Road (South), Leping Town, Sanshui District, 528137 Foshan City, Guangdong Province, China

Undeliverable Address:
Qatar Solar Technologies Q.S.C.
PO Box 28999
Doha

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
P.O. Box 28999, Doha 28999 Qatar

Undeliverable Address:
REIFF Technische Produkte GmbH
Otto-Schmerbach-Str. 35
Chemnitz 09117

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Otto-Schmerbach-Str. 35, 09117 Chemnitz, Germany

Undeliverable Address:
Reisswolf Akten-und
Fischweg 14a
Chemnitz 09117

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Fischweg 14a, 09114 Chemnitz, Germany

---

Undeliverable Address:
Robotunits GmbH
Robotunits Zentrale
Dr. Walter Zumtobelstrause 2
Dombim 6850

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Dr.-Walter-Zumtobel-StraBe 2, 6850 Dornbirn, Austria

---

Undeliverable Address:
SUC Schsische Umweltschutz
Jagdweg 10
Dresden 01307

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Jagdweg 10, 01159 Dresden, Germany

---

Undeliverable Address:
Schmitz Knoth Rechtsanwlte
Bertha-von-Suttner-Platz 2-4
Bonn 53111

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Bertha-von-Suttner-Platz 2-4, 53111 Bonn, Germany

---

Undeliverable Address:
SolarWorld AG
Martin-Luther-King Strae 24
Bonn 53175

22

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Martin-Luther-King StraBe 24, 53175 Bonn, Germany

---

Undeliverable Address:
SolarWorld Industries
Robert-Bosch-Str. 1
Arnstadt 99310

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Robert-Bosch-StraBe 1, 99310 Armstadt, Germany

---

Undeliverable Address:
Stahl Lippok Hovemeyer Krger
Bornheimer Strae 24
Bonn 53111

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Bornheimer StraBe 24, 53111 Bonn, Germany

---

Undeliverable Address:
Stahlbau L?ttewitz GmbH
Leschen 29
Dbeln 04720

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

 Stahlbau Luttewitz GmbH, Leschen 29, 04720 Dobeln, Germany

---

Undeliverable Address:
TAMI Deutschland GmbH
Heinrich-Hertz-Strae 24
Hermsdorf 07629

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Heinrich-Hertz-StraBe 2-4, 07629 Hermsdorf, Germany

---

Undeliverable Address:
TOLGES Kunststoffverarbeitung
Anton-Bhlen-Strae 20
Warburg 34414

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Anton-Bohlen-StraBe 20-24, 34414 Warburg, Germany

---

Undeliverable Address:
TUV Akademie GmbH
Bildungsstattie Erfurt
Melchendorfer Straiuse 64
Erfurt 99096

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Melchendorfer Str. 64, 99096 Erfurt, Germany

---

Undeliverable Address:
Targray
18105 TransCanadienne
Kirkland H9J 3Z4

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

18105, Route Transcanadienne, Kirkland, QC H9J 3Z4 Canada

---

Undeliverable Address:
ThyssenKrupp Aufz?ge GmbH
Hamburger Str. 37

24

Dresden 01067

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

ThyssenKrupp Aufzuge GmBH, Hamburger Str. 37, 01067 Dresden, Germany

---

Undeliverable Address:
UPS United Parcel Service
Grlitzer Str. 1
Neuss 41456

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Gorlitzer Str. 1, 41460 Neuss, Germany

---

Undeliverable Address:
USK Karl Utz Sondermaschinen GmbH
An der Hopfendarre 11
Limbach-Oberfrohna 09212

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

An der Hopfendarre 11, 09212 Limbach-Oberfrohna, Germany

---

Undeliverable Address:
Ulbrich of Austria GmbH
Industriestr. 1
M?llendorf 7052

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

IndustriestraBe 1, Mullendorf, Austria 7052

---

Undeliverable Address:
Uvex Arbeitsschutz GmbH

W?rzburger Strae 181-189
F?rth 90766

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
 Wurzburger Str. 181, 90766 Furth, Germany

---

Undeliverable Address:
VIK Verband der Industriellen
Richard-Wagner-Str. 41
Essen 45128

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
 Richard-Wagner-StraBe 41, 45128 Essen, Germany

---

Undeliverable Address:
Voestalpine Special Wire GmbH
Jahnstrasse 13
F?rstenfeld 8280

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
 JahnstraBe 13, 8280 Furstenfeld, Austria

---

Undeliverable Address:
WEKA Wellpappen und
Schandauer Str. 72
Sebnitz 01855

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
 Schandauer StraBe 72, 01855 Sebnitz, Germany

---

Undeliverable Address:

WS Coswiger Wellpappe-und
Rolauer Strae 59
Coswig 06869

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
  RoBlauer StraBe 59, 06869 Coswig, Germany

---

Undeliverable Address:
Wacker Chemie AG
Hanns-Seidel-Platz 4
M?nchen 81737

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
  Hanns-Seidel-Platz 4, 81737 Munchen, Germany

---

Undeliverable Address:
Washington Mills AS
Test street
Orkanger 7300

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
  NO-7300, Orkanger, Norway

---

Undeliverable Address:
Wilmington Trust (London) Ltd.
1Kings Arms Yard
London EC2R7AF

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
  1 King's Arms Yard, London EC2R 7AF, United Kingdom

---

27

Undeliverable Address:
Woongjin Energy Co, Ltd
1316, Gwanpyeong-dong
Daejeon 305-509

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
1316 Gwanpyeong-Dong, Yuseong-Gu, Daejeon City, Daejeon, 305-509 Korea Kr

---

Undeliverable Address:
Zarges GmbH & Co. KG
Zargesstrae 7
Weilheim 82362

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
ZargesstraBe 7, 82362 Weilheim, Germany

---

Undeliverable Address:
ias health & safety GmbH
Br?ckenstr. 4
Chemnitz 09111

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
BruckenstraBe 4, 09111 Chemnitz, Germany

---

Undeliverable Address:
norelem Normelemente KG
Postfach 11 63
Markgrningen 71706

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
VolmarstraBe 1, 71706 Markgroningen, Germany

28

Undeliverable Address:
obegro
Cervantestrae 60c
Chemnitz 09127

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
CervantestraBe 60C, 09127 Chemnitz, Germany

---

Undeliverable Address:
olifan GmbH
In der Fleute 144
Wuppertal 42389

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
In der Fleute 144, 42389 Wuppertal, Germany

---

Undeliverable Address:
reprogress gmbh
Chemnitzer Strae 46b
Dresden 01187

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Chemnitzer StraBe 46b, 01187 Dresden, Germany

---

Undeliverable Address:
richter & he Industrie- und
Werner-Seelenbinder-Str. 9
Chemnitz 09120

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Werner-Seelenbinder-StraBe 9, 09120 Chemnitz, Germany

29

_____          _____

Signature of Debtor or Debtor's Attorney                                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

July 26, 2017                           BUTZEL LONG, P.C.
                                        /s/  Max J. Newman
                                        By:  Max J. Newman (P51483)
                                        41000 Woodward Ave.
                                        Bloomfield Hills 48302
                                        (248) 258-2907
                                        newman@butzel.com

30

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No: 17-48723-mar
Chapter 15

In Re: **Solarworld Industries Sachsen GmbH**
111 A Bethelsdorfer Strasse
Freiberg
Federal Rupublic Of Germany 09599

### NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF A FOREIGN PROCEEDING PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on June 9, 2017, Max J. Newman of Butzel Long as attorney to Mr. Holger Reetz, the German Court appointed Foreign Representative of Solarworld Industries Sachsen GmbH's pending insolvency proceeding, filed a Chapter 15 Petition in the United States Bankruptcy Court for the Eastern District of Michigan under Chapter 15 of Title 11 of the United States Code seeking recognition of a foreign main proceeding.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for *August 14, 2017, at 11:00 a.m.* **(EDT)** before the Honorable Mark A. Randon in Courtroom 1825, 211 West Fort Street, Detroit, Michigan, to consider the Chapter 15 Petition and any objections or responses thereto **("Recognition Hearing").**

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Chapter 15 Petition must be made in writing describing the basis therefore and filed with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with Local Rules of the Bankruptcy Court, and served upon Max J. Newman, Butzel Long, Stoneridge West, 41000 Woodward Avenue, Bloomfield Hills, MI 48304. Such objections or responses must be received no later than *August 10, 2017, at 5:00 p.m.* **(EDT).**

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the recognition without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing, at the adjourned date or dates, or any other further adjourned hearing.

Copies of the Chapter 15 Petition are presently available on the Bankruptcy Court's Electronic Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.mieb.uscourts.gov (a PACER login and a password are required to retrieve a document), and/or upon written request to the Foreign Representative's counsel addressed to:

Max J. Newman
Butzel Long
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304

Date:   July 18, 2017                     Katherine B. Gullo, Clerk of Court
                                           UNITED STATES BANKRUPTCY COURT

Date: July 26, 2017