# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

---

### Case No: 17-48723-mar
### Chapter 15

In Re: **Solarworld Industries Sachsen GmbH**
**111 A Bethelsdorfer Strasse**
**Freiberg**
**Federal Republic of Germany 09599**

---

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2017, I served an Interim Order Recognizing Foreign Main Proceeding on the attached Matrix via First Class Mail and filed this Certificate of Service dated August 17, 2017 with the Clerk of the Court using the CM/ECF system

Dated: August 17, 2017

Respectfully submitted,

*/s/Max J. Newman*
Max J. Newman
Butzel Long, a professional corporation
Attorneys for Mr. Holger Reetz, the German
Appointed Foreign Rep. of Solarworld
Industries Sachsen GmbH
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
newman@butzel.com

000144906\0002\2434135.v1

1 & 1 Internet AG
Elgendorfer Str. 57
56410 Montabaur, Germany

3M Deutschland GmbH
Carl-Schurz-Straße 1
41460 Neuss, Germany

ABB Automation GmbH
Gruner Weg 6
Friedberg 61169
Hassen, Germany

AEB GmbH
Sigmariner Straße 109
70567 Stuttgart, Germany

AEK GmbH
Am St.-Niclas-Schacht 7
Freiberg 09599

AIS Automation Dresden GmbH
Otto-Mohr-Str. 6
Dresden 01237

AMV Dr. Busse GmbH
Jnitzer Str. 113
Plauen 08525

ASAS Aluminum Industry and Trade Inc.
Ruzgarli Bahce Mah.
Kumlu Sok. No. 2
ASAS Business Center
348, Kavacik, Beykoz - Istanbul, Turkey

ASUP GmbH
Beckedorfer Bogen 17
Seevetal 21218

Adolf W?rth GmbH & Co. KG
Reinhold-W?rth-Strae 12-17
K?nzelsau 74653

Allgaier Process Technology GmbH
Ulmer Strae 75
Uhingen 73066

Almatec Maschinenbau GmbH
Carl-Friedrich-Gauß-Strasse 5
47475 Kamp-Lintfort, Germany

Alvin Lee, Esq.
Orrick, Herrington and Sutcliffe
51 W. 52nd St.
New York, NY 10019-6142

Anja M?ller
Berthelsdorfer Strasse 111A
Freiberg 09599

As-Szabo GmbH
Kunadstr. 8
Dresden 01069

Asahi Diamond Industrial Co., Ltd.
The New Otani Garden Court 4-1
Kioi-cho, Chiyoda-ku
Tokyo 102-0094, Japan

B & R Industrie-Elektronik GmbH
Norsk-Data Strabe 361352
Bad Homburg, Germany

BARMER Krankenkasse
Beitragszentrum Dresden
Dresden  01330

Balluff GmbH
Schurwaldstraße 9
73765 Neuhausen a.d.F

Batterie-Spezialgrohandlung G.Lenz
Seilfahrt 127
Bochum 44809

Bauer Spedition GmbH
Altenburger Str. 28a
Callenberg  09337

Bechtle GmbH & Co. KG
Martin-Luther-King-Weg 4
48155 Munster, Germany

Becker Umweltdienste GmbH
Sandstrae 116
Chemnitz 09114

Berbertec GmbH & Co. KG
Im Riedgrund 8
Heilbronn 74078

Berufsgenossenschaft RCI
Weideweg 37
Maikammer 67485

Berufskleidung Thiele GbR
Halsbr?cker Strae 35A
Freiberg 09599

Bjrn Khler Kunsthandwerk
Gtheweg 2
Eppendorf 09575

Blumenbecker Technik GmbH
Bornaer Str. 205
Chemnitz 09114

Blumh Systeme GmbH
Maarweg 33
53619 Rheinbreitbach, Germany

Bodenbacher Straße 81
01277 Dresden, Germany

Br GmbH Schweinitz
Dorfchen 17
06917 Jessen (Elster), Germany

Centrotherm Clean Solutions
Johannes-Schmid-Strae 3
Blaubeuren 89143

Changzhou Sveck PC New Material
No. 53 Danfeng Rord
Jintan city, Changzhou, Jiangsu
Province, China

Craig W. Horn, Esq.
Braun, Kendrick
4301 Fashion Square Boulevard
Saginaw, MI 48603-5218

DIG Debt Invest GmbH
Schloß Marienfels Remagen
Rheinland-Pfalz
53424 Germany

Dastex Reinraumzubehr GmbH & Co.
Draisstrae 23
Muggenstrurm 76461

David C. Doyle, Esq.
William V. OConnor, Esq.
Morrison and Forrester, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-3014

Deutschland GmbH Co. KG Landsberger
Strabe 312, 80687 Munchen

Diakonisches Werk Freiberg e.V.
Hainichener Strae 104
Freiberg 09599

Die Kantine & Catering
Hauptstrae 54
Halsbr?cke 09633

Dr.-Walter-Zumtobel-Strabe 2
6850 Dornbirn, Austria

Dresdner K?hlanlagenbau GmbH
Werdauer Strae 1-3
Dresden 01069

Ducatt, Industriezone Balendijk 1050
Balendijk 161
3920 Lommel, Belgium

EBARA Precision Machinery
Rodenbacher Chaussee 6
Hanau 63457

EFA Chemie GmbH
Kreuzherrenstrasse 11-19
32676 Lugde, Germany

EKF Automation GmbH
Dresdner Str. 172
01705 Freital, Deutschland

Elektro-Union Freiberg
Eherne Schlange 27
Freiberg 09599

Elkem Solar AS, Drammensveien 169
PO Box 334 Skoyen
0213 Oslo, Norway

Emmons Spedition GmbH
PeutestraBe 78
20539 Hamburg, Germany

Endress + Hauser Messtechnik GmbH + Co.
KG, Colmarer StraBe 6
79576 Weil am Rhein, Germany

EnviroFalk GmbH
Prozesswasser-Technik
GutenbergstraBe 7
56457 Westerburg, Germany

Erin J. Cox, Esq.
Munger, Tolles  Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-3161

FNE Entsorgungsdienste
Schachtweg 6
Freiberg 09599

Fehr Umwelt Ost GmbH
Industriegebiet Muldenh?tten
Hilbersdorf 09627

Festo Vertrieb GmbH & Co. KG
Festo Campus 1
Esslingen 73734

Finnimport GmbH
Borsteler Chaussee 85-99a
Hamburg 22453

Flughafen Dresden GmbH
Flughafenstrae
Dresden 01109

FreiSys GmbH
Am Junger-Lwe-Schacht 4
Freiberg 09599

(u)Hermann Otto GmbH & Co KG
Krankenhausstraue 14
Fridolfing  83413

(u)Hermos Systems GmbH
Hamburger Str. 65
Dresden 01157

(u)Hermos Systems GmbH,
Hamburger Strabe 65
D-01157 Dresden

(u)Hitachi High-Technologies
24-14, Nishi-Shimbashi 1-chome
Tokyo 105-8717

(u)Hoffman Nuremberg GmbH,
Franz-Hoffmann-Strabe 3
D-90431 Nuremberg

(u)Hrtel & Shne
Ernst-Gener-Strae 12
Lnitz 08294

(u)I.K. Hofmann GmbH
Lina-Ammon-Strae 19
N?rnberg 90471

(u)IME Institut f?r Management
Sunderweg 4
Bielefeld 33649

(u)Iljin Diamond Co., Ltd.
690, Seonggok-Dong, Danwon-Gu
Ansan-Si, Gyeongg 369-824

(u)JP Morgan Securities Plc
23 Bank Street, Canary Whart
London E14 5JP

(u)JP Morgan Securities Plc
24 Bank Street, Canary Wharf
London E14 5JP

(u)JPMorgan Chase Bank, N.A.
EMEA Secondary
25 Bank Street, Canary Wharf
London E14 5JP

(u)K?hne + Nagel (AG & Co.) KG
Beim Schroederschen Hof 7
Hamburg 21109

(u)KNORR Precision Parts GmbH
Industriering 15 (industrial estate)
01744 Dippoldiswalde-Reinholdshain

(u)KUNDERT AG, Buechstrasse 33
CH-8645 Jona

(u)Knorr Prazionsteile GmbH
Industriering 15
Dippoldiswalde-Reinhold  01744

(u)Kundert AG
Buechstrasse 33
Jona 8645

(u)Liaoning ZhongWang
8-1 Hongwei Road, Liaoning Pro
Liao Yang City 111003

(u)Louis Steitz Secura
Vorstadt 40
Kirchheimbolanden 67284

(u)Lufthansa AirPlus Servicekarten
Dornhofstrae 10
Neu-Isenburg 63263

(u)MB Stahltechnik GmbH
Roland-Dorschner-Str. 4
Selb 95100

(u)MEWA Textil-Service AG & Co.
Damaschkeweg 2
Jena 07745

(u)MISUMI Europa GmbH
Katharina-Paulus-Str. 6
Schwalbach 65824

(u)Merrill Lynch International
2 King Edward Street
London EC1A 1HQ

(u)Meyer Burger Technology AG
Schorenstrasse 39
CH 3645 Gwatt (Thun)

(u)Monocrystal PLC
Prospect Kulakova, 4/1.355035
Stavropol 355035

(u)Mrose GmbH
Heinrich-Werner-Str. 8
Forst 03141

(u)OPENCOM GmbH
Seiferstatterstr 10
Purgen 86932

(u)David M?nster und Gabor Khler
Kurt-Frlich-Strae 15
Dresden 01219

(u)David Munster and Gabor Hohler Munster
Kurt-Frolich-Str. 15
01219 Dresden

(u)Debt Invest GmbH
Schloss Marienfels
Remagen 53424

(u)Ducatt NV
Industriezone Balendijk 1050
Lommel 3920

(u)Dynatec GmbH
Adam-Opel-StraBe 4
D-38112 Braunschweig

(u)Dynatec GmbH
F.-O. Schimmelstrae 14
Chemnitz 09120

(u)EDER
Falkowo 66 A
62-262 Falkowo

(u)EFA Chemie GmbH
Kreuzherrenstr. 11-19
L?gde 32676

(u)EKF Automation GmbH
Dresdner Strae 172
Freital 01795

(u)Eder
Falkowo 66 A
Falkowo 62-262

(u)Elkem Solar AS/Elkem AS Silicon
Fiskaaveien 100
Kristiansand 4621

(u)Emons Spedition GmbH
Bei den Froschckern 12
Erfurt 99098

(u)Endress + Hauser Messtechnik
Colmarer Str. 6
Weil am Rhein 79576

(u)EnviroFALK GmbH
Gutenbergstrae 7
Westerburg 56457

(u)FedEx
Langer Kornweg 34K
Kelsterbach 65451

(u)Federal Express Europe, Inc.
Deutsche Niederlassung
Langer Kornweg 34 k
65451 Kelsterbach

(u)G & P GmbH & Co. KG
Theatinerstr. 36
D-80333 Munich

(u)G&P GmbH & Co KG
Anleihevertreter
Theatiner Str. 36
M?nchen 80333

(u)GIGA Solar Materials Corp.
1 st F, No. 3, Kung-Yeh 1 st Rd.
Hsinchu 30351

(u)GLS Germany Neuenstein
GLS Germany-Strae 1-7
Neuenstein 36286

(u)Gebr. Schmid GmbH
Robert-Bosch-Strae 32-36
Freudenstadt 72250

(u)Guangzhou Ruxing Technology
768 Shenzhou Road
Guangzhou 510663

(u)HEPA  Zweigniederlassung der
Herbertstrae 2
Chemnitz 09119

(u)HEPA Zweigniederlassung der
Herbertstrabe 2
09119 Chemnitz

(u)Hagemeyer Deutschland
Dammweg 15
Radeberg 01454

(u)Hans Reinhold & Sohn
Mittelweg 10
Thermalbad Wiesenbach 09488

(u)Hans Reinhold & Sohn Fachgrobhandel
Reinhold u. Sohn, Mittelweg 10, 09488
Thermalbad-Wiesenbad, OT Schonfeld

(u)Hanwha Corporation
1 Changkyo-Dong,k Choong-Ku
Seoul 100-760

(u)HauptZollamt Erfurt
Am Tannenwaldchen 50
99096 Erfurt

(u)Hauptzollamt Erfurt
Melchior-Bauer-Str. 5
Erfurt 99092

(u)1&1 Internet AG
Elgendorfer Str. 57
Montabaur 56410

(u)3M Deutschland GmbH
Carl-Schurz-Str. 1
Neuss 41453

(u)ABB Automation GmbH
Gr?ner Weg 6
Friedberg 61169

(u)AEB GmbH
Julius-Hlder-Strae 39
Stuttgart 70597

(u)ASAS Aluminyum Sanayi e Ticaret
R?zgarlibahce, Asas Is Merkezi
Kavacik-Beykoz/Istanbul 34810

(u)Alexander Elsmann (Anleihevertreter)
Grafenberger Allee 120
D-40237 Dusseldorf

(u)Alexander Elsmann (Anleihevertreter)
Grafenberger Allee 120
D?sseldorf 40237

(u)Almatec Maschinenbau GmbH
Carl-Friedrich-Gauss-Strae 5
Kamp-Lintfort 47475

(u)Asahi Diamond Industrial Co., Ltd.
The New Otani Garden Court
Tokyo 102-0094

(u)Atlas Copco Kompressoren
Langemarckstr, 35, D-45141 Essen

(u)Atlas Copco Kompressoren
Langemarckstrae 35
Essen 45141

(u)B&R Indstrie-Elektronik GmbH
Norsk-Data-Str. 3
Bad Homburg 61352

(u)BAV.brandschutz & sicherheit GmbH
Nach der Schiffsm?hle 11
Radebeul 01445

(u)BAV.brandschutz & sicherheit GmbH
Tannichtweg 35
01445 Radebeul, Sachsen

(u)Balluff GmbH
Schurwaldstrae 9
Neuhausen auf den Filo 73765

(u)Bechtle GmbH & Co. KG
Neefestrae 78
Chemnitz 09119

(u)Bilfinger Industrietechnik
Bergerbruhofstrae 31
Salzburg 5020

(u)Bilfinger Industrietechnik
Salzburg GmbH
A-5412 Puch/Salzburg, Urstein Nord 31

(u)Bluhm Systeme GmbH
Maarweg 33
Rheinbreitbach 53619

(u)Br GmbH Schweinitz
Drfchen 16
Jessen 06917

(u)Brahmig GmbH
Robert-Bosch-Str. 10
1454 Radeberg

(u)Brahmig GmbH
Robert-Bosch-Str. 10
1454 Radegerg

(u)Brammer GmbH
OhiostraBe 11
76149 Karlsruhe

(u)Brammer GmbH
Zwickauer Strae 223a
Chemnitz 09116

(u)Brhmig Fluidautomation GmbH
Robert-Bosch-Str. 10
Radeberg 01454

(u)Changzhou Sveck Pv New Material
No. 53, Danfeng Road
Jintan City, Changzhou 213200

(d)Craig W. Horn, Esq.
Braun, Kendrick
4301 Fashion Square Boulevard
Saginaw, MI 48603-5218

Obegro
CervantestraBe 60C
09127 Chemnitz, Germany

Opencom GmbH, Seiferstetter Str. 10
86932 Purgen, Germany

Oracle America, Inc.
c/o Shawn M. Christianson
Buchalter, A Professional Corporation
55 2nd St., 17th Fl.
San Francisco, CA 94105-3491

Overlack Gmbh, Gutberletstrabe 17
04316 Leipzig, Germany

PCH Technischer Handel GmbH
Nickerner Weg 5
Dresden 01257

PTFF Competence Center GmbH
Gewerbering 3, 01594 Stauchitz OT
Seerhausen, Germany

PVF-Vertriebs GmbH
Oskar-von-Miller-Ring 24
85464 Finsing, Germany

Panalpina Welttransport GmbH
Wilhelmine-Reichard-Ring 3
Dresden 01109

Paul J. Randall
Assistant U.S. Trustee
211 W. Fort Street
#700
Detroit, MI 48226-3263

Pepperl + Fuchs Vertrieb
Lilienthalstrae 200
Mannheim 68307

Plasta Kunststofftechnik GmbH
Kleine Ringstrae 4-6
Oederan 09569

David Lawrence Puskar
4301 Fashion Square Blvd.
Saginaw, MI 48603-1250

Qatar Solar Techn0l9ogies Q.S.C.
P.O. Box 28999
Doha 28999 Qatar

Reiff Technische Produkte GmbH
Otto-Schmerbach-Str. 35, 09117
Chemnitz, Germany

Reisswolf Akten-und
Fishweg 14a, 09114
Chemnitz, Germany

Rink GmbH
Am Junger Lwe Schacht 8
Freiberg 09599

Rittal GmbH & Co. KG
Auf dem St?tzelberg
Herborn 35745

Roland Scholz
Berthelsdorfer Strasse 111A
Freiberg 09599
Ren Franke
Berthelsdorfer Str. 111
Freiberg 09599

SUC Schsische Umweltzchutz
Jagdweg 10, 01159
Dresden, Germany

Schmitz Knoth Rechtsanwlte
Bertha-von-Suttner-Platz 2-4
53111 Bonn, Germany

SolarWorld Asia Pacific PTE Ltd.
107 Amoy Street #03-01 & #04-01
Singapore 069927

Stadtverwaltung Steuern
Postfach 1361
Freiberg 09583

Staskewitsch GmbH
Am Hochbehalter 8a
Coldtiz 04680

Stempel-Zumpe
Hirtengasse 1
Freiberg 09599

Stockmeier Chemie
Gustav-Adolf-Ring 5
Eilenburg 04838

Sudetenstrasse 10, 97772
Wildflecken, Germany

Sylvia Krause
Berthelsdorfer Strasse 111A
Freiberg 09599

TSR Recycling GmbH & Co. KG
Berthelsdorfer Str. 15
Brand-Erbisdorf 09618

(u)Overlack GmbH
Gutberleststr. 17
Leipzig 04316

(u)PTFE Competence Center GmbH
Gewerbering 3
Seerhausen 01594

(u)PVF-Vertriebs GmbH
Oskar-von-Miller-Ring 24
Neufinsing 85464

(u)Pasan SA
Rue Jaquet-Droz 8
Neuchatel 97770

(u)Paul & Co GmbH & Co KG
Wildflecken 97770

(u)Piel GmbH
Bodenbacher Str. 81
Dresden 01277

(u)Pitney Bowes Deutschland ·GmbH
Poststrae 4-6
Darmstadt 64293

(u)Pmitech Ltd.
Area C, Sanshui Industrial Park
Foshan City 528137

(u)Qatar Solar Technologies Q.S.C.
PO Box 28999
Doha

(u)REIFF Technische Produkte GmbH
Otto-Schmerbach-Str. 35
Chemnitz 09117

(u)Reisswolf Akten-und
Fischweg 14a
Chemnitz 09117

(u)Robotunits GmbH
Robotunits Zentrale
Dr. Walter Zumtobelstrause 2
Dombim  6850

(u)SUC Schsische Umweltschutz
Jagdweg 10
Dresden 01307

(u)Schmitz Knoth Rechtsanwlte
Bertha-von-Suttner-Platz 2-4
Bonn 53111

(u)Stahl Lippok Hovemeyer Krger
Bornheimer Strae 24
Bonn 53111

(u)Stahlbau L?ttewitz GmbH
Leschen 29
Dbeln 04720

(u)TAMI Deutschland GmbH
Heinrich-Hertz-Strae 24
Hermsdorf 07629

(u)TOLGES Kunststoffverarbeitung
Anton-Bhlen-Strae 20
Warburg 34414

(u)TUV Akademie GmbH
Bildungsstattie Erfurt
Melchendorfer Straiuse 64
Erfurt  99096

(u)Targray
18105 TransCanadienne
Kirkland H9J 3Z4

(u)ThyssenKrupp Aufz?ge GmbH
Hamburger Str. 37
Dresden 01067

(u)UPS United Parcel Service
Grlitzer Str. 1
Neuss 41456

(u)USK Karl Utz Sondermaschinen GmbH
An der Hopfendarre 11
Limbach-Oberfrohna 09212

(u)Ulbrich of Austria GmbH
Industriestr. 1
M?llendorf 7052

(u)Uvex Arbeitsschutz GmbH
W?rzburger Strae 181-189
F?rth 90766

(u)VIK Verband der Industriellen
Richard-Wagner-Str. 41
Essen 45128

(u)Voestalpine Special Wire GmbH
Jahnstrasse 13
F?rstenfeld 8280

(u)WEKA Wellpappen und
Schandauer Str. 72
Sebnitz 01855

Keefe Brooks, Esq.
Brooks, Wilkins, Sharkey &
Turco, PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009-6613

Krumpein Transport GmbH
Kreuzermark 6
Freiberg 09599

Kuhne & Nagel AG & Co
KG, Beim Schroderschen Hof 7
21109 Hamburg, Germany

Landratsamt Mittelsachsen
Frauensteiner Str. 43
Freiberg 09599

Larry K. Elliott, Esq.
Cohen  Grisgsby
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Larry K. Elliott, Esq.
Cohen & Grisgsby
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Lebenshilfe e.V. Freiberg
Am Schacht 7
Brand-Erbisdorf 09618

Liaoning ZhongWang, No. 299
Wensheng RoadLiaoyang City, Liaoning
111003, China

Linde AG
Spergauer Strae 1A
Leuna 06237

Louis Steitz Secura GmbH & Co KG
Vorstadt 40
Kirchheimbolanden, D-67292 Germany

Lufthansa AirPlus Servicekarten GmbH
Dornhofstrabe 10
63263 Neu-Isenburg, Germany

Luvata Pori Oy
P.O. Box 60
Pori 28679

MB Stahltechnik GmbH
Roland-dorschner-str 4
Selb, 95100, Germany

MEWA Textil-Service AG & Co.
Damaschkeweg 2
07745 Jena, Germany

MISUMI Eropa GmbH
Katharina-Paulus-Strabe 6
65824 Schwalbach am
Taunus, Germany

MRE Mehner & Rust Etiketten GmbH
Am Borberg 7
Kirchberg 08107

Manz AG
Steigckerstrae 5
Reutlingen 72768

Mercateo AG
Kthen 06354

Merrill Lynch International
2 King Edward St.
London EC1A 1HQ, UK

8

Metallbau-Khler
Meiner Gasse 31
Freiberg 09599

Michael Page Interim GmbH
Carl-Theodor-Strae 1
D?sseldorf 40213

Mitteldeutsche Netzgesellschaft
Magdeburger Str. 36
Halle 06112

Monocrystal, 4/1 Kulakov pr.
355035, Stavropol, Russia

Nippon Express (D) GmbH
Kolumbusstr. 8A
Hamburg 22113

No. 21, Qili Road (South), Leping Town,
Sanshui District, 52817 Foshan City
Guangdong Province, China

OBI GmbH & Co. Deutschland KG
Huersteig 1
Freiberg 09599

OPAL Inh. Doris Reindl
Br?ckenweg 5
Eslam 92693

Freiberger Abwasserbeseitigung
M?nzbachtal 128
Freiberg 09599

Frolyt GmbH
Dammstrae 46
Freiberg 09599

GEM Gebr. M?ller
Fritz-M?ller-Strae 6-8
Ingelfingen-Criesbach 74653

GFM Gebude und Flchenmanagement
Br?ckenstr. 8
Freiberg 09599

Gebr. SCHMID GmbH
Robert-Bosch-Str. 32-36
72250 Freudenstadt; Germany

Gemeindeverwaltung Hilbersdort
Hauptstr. 11
Hilbersdorf 09627

General Logistics Systes
Germany GmbH & Co. OHG
GLS Germany-Strabe 1-7
DE-36286 Neuenstein

GfG Gesellschaft f?r
Klnnestrae 99
Dortmund 44143

Giga Solar Materials Corp
1F, No. 3 Gongye 1st Rd
Hukou Township
Hsinchu County 30351, Taiwan

Guangzhou Ruxing Technology
16 Ruifa Road
Luogang District, Guangzhou, China

Gutekunst + Co. KG
Carl-Zeiss-Strae 15
Metzingen 72555

H. Kreller GmbH
Chemnitzer Str. 3
Augustusburg 09573

Hanwha Corporation
1 Changkyo Dong Chung Ku
Seoul Korea

Hein, Lehmann GmbH
Alte Untergath 40
Krefeld 47805

Hellman Worldwide Logistics
Elbestrae 1
Osnabr?ck 49090

Hemlock Semiconductor Corporation
c/o David L. Puskar
4301 Fashion Square Blvd.
Saginaw, MI 48603-1250

Heraeus Deutschland GmbH & Co. KG
Heraeusstrae 12-14
Hanau 63450

Hermann Otto GmbH, Krankenhausstr. 14
83413 Fridolfing, Germany

Hitachi High-Technologies, 24-14
Nishi-Shimbashi 1-chome
Minato-ku
Tokyo, 105-8717, Japan

Holger Reetz
Berthelsdorfer Strasse 111A
Freiberg 09599

Horst GmbH
Bitzenheimer Weg 10
Lorsch 64653

IIjin Diamond Co., Ltd.
Mapo-dong 45, Mapo-gu
Seoul, Korea

IK Hofmann GmbH, Lina-Ammon-Str. 19
90471 Nuremberg, Germany

JP Morgan Securities PLC
25 Bank Street
Canary Wharf, London
E14 5JP, UK

Jintan city, Changzhou, Jiangsu
Province, China

Jungheinrich Financial Services
Am Stadtstrand 35
Hamburg 22047

KKH Kaufmannische Krankenkasse
Beitrage und Forderungen
Heerestr. 25
Berlin  14052

KSB Service GmbH Schwedt
Overbeckstrae 39a
Dresden 01139

KUKA Industries GmbH & Co. KG
Walter-Reis-Str. 1
Obernburg 63785

Kanzlei Susann Huttinger
Rechtsanwaitin
Fabrikweg 1
Hohenfichte 09573

TTH-Technikhandel GmbH Dresden
Dresdner Str. 215
Freital 01705

Telekom Deutschland GmbH
Landgrabenweg 151
Bonn 53227

Uniserve GmbH & Co.
Am St. Niclas-Schacht 11
Freiberg 09599

Uniserve Sicherheitsdienste GmbH
Am St.-Niclas-Schacht 11
Freiberg 09599

ViscoTec Pumpen- und Dosiertechnik
Amperstrae 13
Tging am Inn 84513

WEKA Media GmbH & Co. KG
Rmerstrae 4
Kissing 86438

Wacker Chemie AG
Hanns-Seidel-Platz 4
81737 Munchen, Germany

Washington Mills AS
NO-7300
Orkanger, Norway

Wasserzweckverband Freiberg
Hegelstrae 45
Freiberg 09599

Wellpappenwerk Lucka KG
Bahnhofstr. 36
Lucka 04613

Werkzeug-Eylert GmbH & Co. KG
F.-O.-Schimmel-Strae 67
Weil der Stadt 71263

Wilhelm Herm. M?ller
Westringstrae 160
Schkeuditz 04435

Wilmington Trust (London) Ltd.
1 King's Arms Yard, London
EC2R 7AF, United Kingdom

Wolftechnik Filtersysteme GmbH
Malmsheimer Strae 67
Weil der Stadt 71263

Zarges GmbH & Co. KG
ZargesstraBe 7
82362 Weilheim, Germany

Zell Quartzglas und Technische
Runder Berg 5 B
Geesthacht 21502

as Strmungstechnik GmbH
Hagckerstrae 28
Ostfildern 73760

envia Mitteideutsche Energie AG
Chemnitztalstraue 3
Chemnitz  09114

envia TEL GmbH
Friedrich-Ebert-Strae 26
Markkleeberg 04416

f 1 solar GmbH
Appendorfer Weg 5
Osterweddingen 39171

ias health & safety GmbH
BruckenstraBe 4
09111 Chemnitz, Germany

norelem Normelemente KG
VolmarstraBe 1
71706 Markgroningen, Germany

olifan GmbH
In de Fleute 144
42389 Wuppertal, Germany

reprogress gmbh
Chemnitz StraBe 46b
01187 Dresden, Germany

rfe  elektro union Freiberg GmbH
Am Bahnhof 4
Freiberg 09599

richter & he Industrie- und
Werner-Seelenbinder-StraBe 9
09120 Chemnitz, Germany

rue Jaquet-Droz 8 2000
Neuchatel, Switzerland

(u)WS Coswiger Wellpappe-und
Rolauer Strae 59
Coswig 06869

(u)Wacker Chemie AG
Hanns-Seidel-Platz 4
M?nchen 81737

(u)Washington Mills AS
Test street
Orkanger 7300

(u)Wilmington Trust (London) Ltd.
1Kings Arms Yard
London EC2R7AF

(u)Woongjin Energy Co, Ltd
1316, Gwanpyeong-dong
Daejeon 305-509

(u)Zarges GmbH & Co. KG
Zargesstrae 7
Weilheim 82362

(u)ias health & safety GmbH
Br?ckenstr. 4
Chemnitz 09111

(u)ime Institut fur Management-Entwicklung
Sunderweg 4, 33649 Bielefeld

(u)norelem Normelemente KG
Postfach 11 63
Markgrningen 71706

(u)obegro
Cervantestrae 60c
Chemnitz 09127

(u)olifan GmbH
In der Fleute 144
Wuppertal 42389

(u)reprogress gmbh
Chemnitzer Strae 46b
Dresden 01187

(u)richter & he Industrie- und
Werner-Seelenbinder-Str. 9
Chemnitz 09120