UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

SolarWorld Industries Sachsen GmbH,

Debtor.

Chapter: 15

Case No.: 17-48723-mar

Judge: Mark A. Randon

## STIPULATION FOR RELIEF FROM AUTOMATIC STAY AS TO APPEALS OF HEMLOCK'S JUDGMENT

NOW COME debtor SolarWorld Industries Sachsen GmbH ("Sachsen") and creditor Hemlock Semiconductor Operations LLC ("Hemlock") and hereby stipulate and agree that the attached Order granting Hemlock relief from the automatic stay as to the appeal decided by the United States Court of Appeals for the Sixth Circuit on August 16, 2017 affirming the judgment entered in Hemlock's favor by the United States District Court for the Eastern District of Michigan on July 26, 2016 ("Judgment") in the matter styled Hemlock Semiconductor Operations LLC v. SolarWorld Industries Sachsen GmbH, No. 13-cv-11037 (the "Litigation"), and as to any further appeals to the Sixth Circuit or the United States Supreme Court (collectively, the "Appeals") may be entered for the following reasons:

1. The parties agreed to the terms and the Court orally entered those terms on the Record (Dk. 18) during the August 14, 2017 hearing on Sachsen's Chapter 15 Petition for Recognition of a Foreign Proceeding. Pursuant to the

Stipulation, the automatic stay shall not take effect as to the Appeals, including without limitation, the running of any time period for prosecuting such Appeals or securing further appellate rights, including without limitation the time to seek a writ of certiorari to the United States Supreme Court. The parties further agree that this Stipulation shall not apply to writs of mandamus or prohibition, which shall remain subject to the automatic stay absent further leave from the Court.

2. As a result of the Court's recognition of Sachsen's German insolvency proceeding in its Interim Order Recognizing Foreign Main Proceeding (Dk. 17), the automatic stay would otherwise take effect as to the Appeals pursuant to 11 U.S.C. § 1520(a)(1).

3. Cause exists pursuant to 11 U.S.C. § 362(d) to modify the automatic stay so as to permit the parties to complete any and all Appeals so that Hemlock can, among other things, seek recognition in Germany of its U.S. judgment and pursue its claim for the Judgment in Sachsen's German insolvency proceedings.

4. This Stipulation is without prejudice to Hemlock's right to seek further modification of the automatic stay.

WHEREFORE, the Stipulating Parties respectfully request that this Honorable Court enter the attached Order for Relief from Automatic Stay as to Appeals of Hemlock's Judgment.

Dated: August 18, 2017     By: */s/ David L. Puskar*
David L. Puskar
Braun Kendrick Finkbeiner Plc
Attorney for Hemlock Semiconductor Operations LLC
4301 Fashion Square Blvd.
Saginaw, Michigan 48603
Telephone: (989) 498-2100
Facsimile: (989) 799-4666
davpus@braunkendrick.com

Dated: August 18, 2017     By: */s/ Max J. Newman(w/permission)*
Max J. Newman
Butzel Long
Attorney for SolarWorld Industries Sachsen GmbH
41000 Woodward Ave.
Bloomfield Hills, Michigan 48302
Telephone: (248) 258-2407
Facsimile: (248) 258-1439
newman@butzel.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

SolarWorld Industries Sachsen GmbH,

Debtor.

Chapter: 15

Case No.: 17-48723-mar

Judge: Mark A. Randon

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO APPEALS OF HEMLOCK'S JUDGMENT

This matter having come before the Court on the Stipulation for Relief from Automatic Stay as to Appeals of Hemlock's Judgment, submitted to by the parties and entered orally on the record by the Court during the August 14, 2017 hearing in this matter;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. That the automatic stay is modified to the extent that it shall not take effect as to any and all appeals by the parties related to the judgment entered in favor of Hemlock Semiconductor Operations LLC ("Hemlock") on July 26, 2016 by the United States District Court for the Eastern District of Michigan in the matter styled <u>Hemlock Semiconductor Operations LLC v. SolarWorld Industries Sachsen GmbH</u>, No. 13-cv-11037, including the appeal by SolarWorld Industries Sachsen GmbH decided by the United States Court of Appeals for the Sixth Circuit on August 16, 2017 affirming the judgment, or any further appeals to the Sixth Circuit or United States Supreme Court.

2. That the automatic stay shall not toll or otherwise extend any time period for prosecuting such appeals or securing further appellate rights, including without limitation the time to seek a writ of certiorari to the United States Supreme Court. This Stipulation shall not apply to writs of mandamus or prohibition, which shall remain subject to the automatic stay absent further leave from the Court.

3. That the provisions of Fed. R. Bankr. P. 4001(a)(3) are waived and this Order shall be in full force and effect from the time of entry of the Court's Interim Order Recognizing Foreign Main Proceeding (Dk. 17) on August 14, 2017.

4. That Hemlock is free to petition the Court for further relief from the automatic stay.