# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

**SolarWorld Industries Sachsen GmbH,**

Debtor.

Chapter: 15

Case No.: 17-48723-mar

Judge: Mark A. Randon

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO APPEALS OF HEMLOCK'S JUDGMENT

This matter having come before the Court on the Stipulation for Relief from Automatic Stay as to Appeals of Hemlock's Judgment, submitted to by the parties and entered orally on the record by the Court during the August 14, 2017 hearing in this matter;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. That the automatic stay is modified to the extent that it shall not take effect as to any and all appeals by the parties related to the judgment entered in favor of Hemlock Semiconductor Operations LLC ("Hemlock") on July 26, 2016 by the United States District Court for the Eastern District of Michigan in the matter styled <u>Hemlock Semiconductor Operations LLC v. SolarWorld Industries Sachsen GmbH</u>, No. 13-cv-11037, including the appeal by SolarWorld Industries Sachsen GmbH decided by the United States Court of Appeals for the Sixth Circuit on August 16, 2017 affirming the judgment, or any further appeals to the Sixth Circuit or United States Supreme Court.

2. That the automatic stay shall not toll or otherwise extend any time period for prosecuting such appeals or securing further appellate rights, including without limitation the time to seek a writ of certiorari to the United States Supreme Court. This Stipulation shall not apply to writs of mandamus or prohibition, which shall remain subject to the automatic stay absent further leave from the Court.

3. That the provisions of Fed. R. Bankr. P. 4001(a)(3) are waived and this Order shall be in full force and effect from the time of entry of the Court's Interim Order Recognizing Foreign Main Proceeding (Dk. 17) on August 14, 2017.

4. That Hemlock is free to petition the Court for further relief from the automatic stay.

**Signed on August 18, 2017**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge